UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DARRELL EUGENE CLARK,** Plaintiff | **CIVIL DOCKET NO. 1:20-CV-01581** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CITY OF ALEXANDRIA, ET AL,** Defendants | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons contained in the REPORT AND RECOMMENDATION [Doc. 19] of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Plaintiff, Darrell Eugene Clark's MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND JOIN ADDITIONAL PARTIES ("Motion to Amend Complaint") [Doc. 11] is GRANTED IN PART AND DENIED IN PART as follows:

Clark's Motion to Amend Complaint to add a class action is DENIED.

Clark's Motion to Amend Complaint to add Plaintiffs is:

(1) GRANTED IN PART as to Reginald David Cooper, Cedric Linbert Green, Glenn Hall, Markiz Marta Hood, Tyrika Trenea Love, and Alton James Horn; and

(2) DENIED IN PART as to Len Hall, Juan Carlos Cruz, Vincent Parker, Martin Medgar Williams, Marcus Kirk, Richard George Franklin, Jr., Kaster Darrell Jones, Deric Dionelle Reed, Kerry Keith Simmons, Mechelle Williams, and Remona Williams Casey.

Clark's Motion to Amend Complaint to add Patrick Ramon Vandyke and Christopher Louis Cooper as Defendants is GRANTED.

Clark's Motion to Amend Complaint to add Plaintiffs Clark's, Cooper's, and Green's claims pursuant to 18 U.S.C. § 1513 and La. R.S. 23:967 is GRANTED.

As to the specific claims raised by the Plaintiffs:

(1) For Clark, Reginald David Cooper and Cedric Linbert Green, Clark's Motion to Amend Complaint is GRANTED as to all claims;

(2) For Glenn Hall, Clark's Motion to Amend Complaint is GRANTED on the § 1983, LEDL, and LCHRA claims, and DENIED on the Title VII claims;

(3) For Markiz Marta Hood, Clark's Motion to Amend Complaint is GRANTED on the § 1983, LEDL, and LHCRA claims, and DENIED on the Title VII claims;

(4) For Tyrika Trenea Love, Clark's Motion to Amend Complaint is GRANTED on the § 1983, LEDL, and LHCRA claim, and DENIED on the Title VII claims; and

(5) For Alton James Horn, Clark's Motion to Amend Complaint is GRANTED on the § 1983, LEDL, and LCHRA claims, and DENIED on the Title VII claims.

THUS, DONE AND SIGNED in Chambers on this 16th day of March 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE