UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DARRELL EUGENE CLARK, ET AL** | **CIVIL DOCKET NO. 1:20-cv-01581** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CITY OF ALEXANDRIA, ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION [Doc. 76] of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED that Defendants' MOTION FOR PARTIAL SUMMARY JUDGMENT TO DISMISS PLAINTIFFS' CLAIMS PURSUANT TO 18 U.S.C. § 1513 (Doc. 31) is GRANTED and Plaintiffs' § 1513 claims are DENIED AND DISMISSED WITH PREJUDICE.

IT IS ORDERED that Defendants' MOTION FOR SUMMARY JUDGMENT TO DISMISS GLENN HALL'S CLAIMS (Doc. 42) is GRANTED and Glenn Hall's claims are DISMISSED WITH PREJUDICE.

IT IS ORDERED that Defendants' MOTION FOR SUMMARY JUDGMENT TO DISMISS ALTON HORN'S CLAIMS (Doc. 45) is GRANTED and Horn's claims are DISMISSED WITH PREJUDICE.

IT IS ORDERED that Plaintiffs' Third Motion to Amend/Correct Amended Complaint (Doc. 52) is GRANTED.

THUS, DONE AND SIGNED in Chambers on the 6th day of January 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE